# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PANAGIOTIS IOANNIS KONDYLIS

NO. 2019 KW 1049

SEP 3 0 2019

In Re:    Panagiotis Ioannis Kondylis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 488307.

BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT